UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IREDELL SANDERS, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.  3:20-cv-00674-JD-MGG |
| | ) | |
| INDIANA DEPARTMENT OF | ) | |
| CHILD SERVICES, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants, Indiana Department of Child Services ("DCS") and April Monique Jones, by counsel, Deputy Attorney General Conner R. Dickerson, pursuant to Fed. R. Civ. P. 12(c), respectfully move the Court to dismiss all claims against Defendants.  In support, Defendants state the following:

1. Plaintiff fails to state a claim upon which relief can be granted against Defendants DCS and Jones.

2. A memorandum of law supporting this motion is being filed contemporaneously with the filing of this motion.

**WHEREFORE**, Defendants respectfully move the Court to dismiss all claims against it, and grant Defendants all other just and proper relief.

Respectfully submitted,

THEODORE E. ROKITA
INDIANA ATTORNEY GENERAL
Attorney No. 18857-49

Dated:  July 21, 2021                By:    Conner R. Dickerson
Deputy Attorney General
Attorney No.  36374-49

Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone:  (317) 234-6875
Fax:     (317) 232-7979
Email:  Conner.Dickerson@atg.in.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  I further certify that on July 21, 2021, I mailed, by United States Postal Service, first-class postage prepaid, the document to the following non CM/ECF participants:

Iredell Sanders
924 West Indiana Street
South Bend, IN 46613

/s / *Conner R. Dickerson*
Conner R. Dickerson
Deputy Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone:  (317) 234-6875
Fax:     (317) 232-7979
Email:  Conner.Dickerson@atg.in.gov